UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREA J.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C19-1143-MLP

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court upon Plaintiff's motion to dismiss this action, as well as a declaration from Plaintiff explaining that she has decided to no longer pursue her application for disability benefits. (Dkt. # 6; Dkt. # 6-2.) Plaintiff asserts that "I understand that by filing this motion to dismiss, the decision of the Administrative Law Judge, that I am not disabled is the final decision in this case." (Dkt. # 6-2.)

Based upon the Court's review of Plaintiff's motion and accompanying documents, the Court GRANTS Plaintiff's motion and dismisses this action with prejudice.

Dated this 5th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO DISMISS
WITH PREJUDICE - 1